# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147950(80)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VICTOR LEE CRUMP,
        Defendant-Appellant.
_____/

SC: 147950
COA: 298206
Jackson CC: 09-006101-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his reply brief is GRANTED. The reply brief received on December 30, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2014



Clerk